# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARINDER SINGH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, et al.,<br><br>Defendants. | Case No. 1:26-cv-02909-KES-SAB<br><br>ORDER VACATING SEPTEMBER 23, 2026 HEARING ON DEFENDANTS' MOTION TO DISMISS<br><br>ORDER VACATING DECEMBER 8, 2026 INITIAL SCHEDULING CONFERENCE |

On June 29, 2026, Defendants filed a motion to dismiss, with a hearing set for September 23, 2026. (ECF Nos. 7, 10.) Pursuant to the Local Rules of the Eastern District of California, Plaintiff's opposition to the motion was due on July 13, 2026. L.R. 230(c). To date, Plaintiff, who is proceeding *pro se*, has not filed an opposition.[1] The Local Rules provide that a party who fails to file a timely opposition is not entitled to be heard in opposition to the motion at oral argument. Id. Upon review of the motion to dismiss, the Court takes this matter under submission and will issue its findings and recommendations on the papers in due course.

Accordingly, IT IS HEREBY ORDERED that the hearing set for September 23, 2026 is VACATED, and the parties will not be required to appear at that time.

[1] Plaintiff filed a "status of inquiry" that includes a letter from Plaintiff to the Court and a document entitled "Request for Applicant to Appear for Initial Interview" dated May 22, 2026. (ECF No. 11.) Given that Plaintiff is proceeding *pro se*, the Court will determine in its forthcoming findings and recommendations whether and to what extent the Court will look to the aforementioned documents.

Furthermore, the initial scheduling conference set for December 8, 2026, is VACATED. Following the Court's issuance of findings and recommendations, the assigned district judge will decide whether to adopt, modify, or decline the Court's findings and recommendations. In turn, following the assigned district judge's decision, the Court will, if appropriate, reset the initial scheduling conference.

IT IS SO ORDERED.

Dated: **July 17, 2026**

STANLEY A. BOONE
United States Magistrate Judge